# Third District Court of Appeal

## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0185
Lower Tribunal No. 17-19612
_____

**Valeriano Garcia,**
Appellant,

vs.

**U.S. Bank, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

Troutman Pepper Hamilton Sanders, LLP, and Amber Kourofsky (Atlanta, GA), for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.